IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSTMARK LIFE INSURANCE COMPANY | § § § | |
| PLAINTIFF, | § § § | |
| v. | § § | C.A. No. 4:19-CU-00010 |
| Michelle A. Figueroa Tarantino on behalf of Minors A.G.T. and T.T. and Denise L. Tarantino | § § § § § § | |
| DEFENDANT. | § | |

### SETTLEMENT AGREEMENT AND MUTUAL RELEASE

The parties agree that this lawsuit and all related claims and controversies between them are hereby settled in accordance with the following terms of this Settlement Agreement and Mutual Release (the "Agreement").

1. The parties acknowledge that bona fide disputes and controversies exist between them. They desire to compromise and settle all claims and causes of action of any kind the parties have or may have arising out of the transaction or occurrence that is the subject of this litigation. This is a compromise of a disputed claim and nothing contained in this Agreement shall constitute an admission of liability by any party, all such liability being expressly denied.

2. Each signatory hereby warrants and represents that:

    a. such person has authority to bind the party or parties for whom such person acts;

    b. the claims, suits, rights, and/or interests at issue in this litigation are owned by the party asserting them, have not been assigned, transferred, or sold, and are free of any encumbrance.

3. Under this Agreement:

    a. Roger G. Jain & Associates, P.C. will receive $8,250 from the proceeds of the Trustmark Life Insurance Policy which Trustmark deposited in the registry of the Court and made subject of the Original Complaint in Interpleader. Those funds will first be used to reimburse Michelle Tarantino for any attorney's fees and expenses she has paid to Roger G. Jain & Associates, P.C. The remainder of the funds will be deposited in two equal shares, with the Harris County Clerk pursuant to Chapter 1355, after first paying any filing fees or expenses associated with said deposit, for the benefit of minors A.G.T. and T.T.

    b. Denise Tarantino shall receive $8,250.00 from the proceeds of the Trustmark Life Insurance policy, which Trustmark deposited in the registry of the Court and made the subject of the Original Complaint in Interpleader.

4. This release is limited to the proceeds of the Trustmark Life Insurance policy that is made the subject of the interpleader suit and it does not apply to any of the other policies, accounts, or assets of Tony Tarantino.

5. This mutual release runs to the benefit of all attorneys, insurers, agents, employees, heirs, and assigns of and for each party to this litigation.

6. This agreement shall be performable in Harris County, Texas, construed in accordance with the laws of the state of Texas, and shall be enforceable as a contract between the parties.

7. If litigation is brought to construe or enforce this Agreement, the prevailing party shall be entitled to recover attorney's fees, court costs, and expenses, including the cost of mediation, should one take place.

AGREED this _____ day of _____, 2019.

AGREED:

_____
Michelle A. Figueroa Tarantino,
on behalf of Minors A.G.T. and T.T.

_____
Attorney for Michelle A. Figueroa Tarantino,
on behalf of Minors A.G.T. and T.T.

_____
Denise Tarantino

_____
Attorney for Denise Tarantino

8/7/19 1:03p
to Thomas
Smith

7. If litigation is brought to construe or enforce this Agreement, the prevailing party shall be entitled to recover attorney's fees, court costs, and expenses, including the cost of mediation, should one take place.

AGREED this _____ day of _____, 2019.

AGREED:

_____
Michelle A. Figueroa Tarantino,
on behalf of Minors A.G.T. and T.T.

_____
Attorney for Michelle A. Figueroa Tarantino,
on behalf of Minors A.G.T. and T.T.

_____*Denise Tarantino*_____
Denise Tarantino

_____*[signature]*_____
Attorney for Denise Tarantino

7. If litigation is brought to construe or enforce this Agreement, the prevailing party shall be entitled to recover attorney's fees, court costs, and expenses, including the cost of mediation, should one take place.

AGREED this _____ day of _____, 2019.

AGREED:

_____
Michelle A. Figueroa Tarantino,
on behalf of Minors A.G.T. and T.T.

_____
Attorney for Michelle A. Figueroa Tarantino,
on behalf of Minors A.G.T. and T.T.

_____
Denise Tarantino

_____
Attorney for Denise Tarantino